1  PHILLIP A. TALBERT
   United States Attorney
2  PETER THOMPSON
   Acting Chief Counsel, Region IX
3  Social Security Administration
4  MARLA K. LETELLIER
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (510) 970-4858
        Facsimile: (415) 744-0134
7       E-Mail: Marla.Letellier@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11

12  MARICELA BELTRAN,                )  Case No.: 1:21-cv-00603-JLT-BAM
13                                   )
                                     )  STIPULATION AND [~~PROPOSED~~] ORDER
14           Plaintiff,               )  FOR AN EXTENSION OF TIME
                                     )
15       vs.                         )
                                     )
16  KILOLO KIJAKAZI, Acting Commissioner of )
                                     )
17  Social Security,                 )
                                     )
18                                   )
             Defendant.
19

20      Pending the Court's approval, the time for Defendant to file the certified administrative

21  record is extended fourteen (14) days from June 3, 2022, up to and including June 17, 2022.

22  This is the Defendant's first request for an extension.

23      Defendant requests this extension in order to pursue potential settlement of this matter.

24      The parties further stipulate that the Court's Scheduling Order shall be modified

25  accordingly.

26

27

28

~~Stip for Remand~~.; 1:21-cv-00603-JLT-BAM            1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 3, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br>PETER THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By | /s/ Marla K. Letellier<br>MARLA K. LETELLIER<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |
| Dated: June 3, 2022 | PENA & BROMBERG |
| By | /s/ Jonathan Pena*<br>(*as authorized via e-mail on June 2, 2022)<br>JONATHAN PENA<br>Attorney for Plaintiff |

## ORDER

The Court has received and reviewed the parties' stipulation. Generally, settlement discussions do not provide good cause for modification of a Scheduling Order. *See*, *e.g.*, *Gerawan Farming, Inc. v. Rehrig Pacific Co.*, No. 11-cv-01273-LJO-BAM, 2013 WL 1164941, * 4 (E.D. Cal. Mar. 20, 2013). However, the Court will grant the brief extension of time in recognition of the recent influx of Social Security cases requiring briefing. Pursuant to the parties' stipulation, Defendant shall have an extension, up to and including June 17, 2022, to file the certified administrative record.

IT IS SO ORDERED.

Dated: **June 6, 2022**        /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE