JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MARICELA BELTRAN,                    )     Case No. 1:21-cv-00603-JLT-BAM
                                     )
            Plaintiff,               )     STIPULATION AND |~~PROPOSED~~|
                                     )     ORDER FOR EXTENSION OF
      vs.                            )     TIME
                                     )
KILOLO KIJAKAZI, Acting             )
Commissioner of Social Security,     )
                                     )
            Defendant.               )
                                     )
                                     )
                                     )
                                     )
_____)

      IT IS HEREBY STIPULATED, by and between the parties through their
respective counsel of record, with the Court's approval, that Plaintiff shall have a
60-day extension of time, from August 29, 2022 to October 28, 2022, for Plaintiff
to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other
dates in the Court's Scheduling Order shall be extended accordingly.

      This is Plaintiff's second request for an extension of time.  In the months of
May through July 21, 2022, Counsel has received an influx of Social Security
Certified Administrative Records (CAR).  A review of the records received shows

1

Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

Additionally, for the weeks of August 22, 2022 and August 29, 2022, Counsel currently has 15 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.


Respectfully submitted,

Dated: August 9, 2022            PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: August 10, 2022         PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration


By:  *\*/s/ Marla K. Letellier*
Marla K. Letellier
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on August 10, 2022)

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before October 28, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.  No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **August 11, 2022**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE