PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARICELA BELTRAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00603-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty (30) days from December 12, 2022, up to and including January 11, 2023. This is the Defendant's first request for an extension on the deadline to file the Motion for Summary Judgment.

Defendant requests this extension due extensive workload issues after Counsel was out of the office from November 17, 2022 to November 28, 2022. For example, Counsel is currently responsible for drafting dispositive briefs in 15 Federal District Court cases between November 28, 2022 and December 23, 2022. Defendant appreciates Plaintiff's counsel's professional

courtesy and apologizes to the Court for the inconvenience.  Defendant further apologizes to the Court for the inadvertent late filing of this stipulation.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 9, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By   /s/  *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  December 9, 2022              PENA & BROMBERG

By   /s/  *Jonathan Pena**
(*as authorized via e-mail on December 9, 2022)
JONATHAN PENA
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension, up to and including January 11, 2023, to file her Motion for Summary Judgment.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **December 13, 2022**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE