# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA BELTRAN,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | 1:21-cv-00603-JLT-BAM<br><br>NEW CASE NUMBER:<br><br>**1:21-cv-00603-BAM**<br><br>**ORDER REASSIGNING CASE** |

All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Docs. 15, and 32.) Accordingly, this court reassigns this action to the docket of United States Magistrate Judge Barbara A. McAuliffe for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:21-cv-00603-BAM**

IT IS SO ORDERED.

   Dated:   **December 22, 2023**                         /s/ Jennifer L. Thurston
                                                          UNITED STATES DISTRICT JUDGE